by Laura J. Sechler, individually, etc., against Emma Nudd and others. W. J. McAllister, for appellants. J. W. Osborne, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

SERVOSS, Respondent, v. CITY OF AMSTERDAM, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Earl V. Servoss against the City of Amsterdam. No opinion. Judgment (64 Misc. Rep. 667, 120 N. Y. Supp. 280) affirmed, with costs.

---

SHEPPARD, Appellant v. DREYFUS, Respondent. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Erle R. Sheppard against Ralph Dreyfus.

PER CURIAM. Order modified as stated in memorandum, and, as modified, affirmed, without costs. Settle order on notice.

---

SKLAR, Appellant, v. HOROWITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Harris Sklar against Harris Horowitz and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements, without prejudice to a new application to said court for leave to sue upon the bond and guaranty, upon notice to the parties interested.

---

SMITH, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, First Department. February 18. 1910.) Action by Samuel R. Smith against Frank E. Anderson. J. P. Sheffield, for appellant. E. D. Hawkins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 118 App. Div. 911, 103 N. Y. Supp. 1142; 119 App. Div. 886, 104 N. Y. Supp. 1147; 124 App. Div. 938, 109 N. Y. Supp. 1146; 126 App. Div. 24, 110 N. Y. Supp. 191.

---

SMITH v. ARNHEITER et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Philip S. Smith against Emma Arnheiter and others. No opinion. Interlocutory judgment, in so far as appealed from, affirmed, with costs.

---

SMITH, Respondent, v. ULSTER & D. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Jennie E. Smith against the Ulster & Delaware Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the amount of her verdict to the sum of $2,000, and, if such stipulation is filed, judgment and order affirmed, without costs.

KELLOGG, J., votes for reversal.

---

SOUTH BROOKLYN SAVINGS INST. v. PACHMAN et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the South Brooklyn Savings Institution against Henry Pachman and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

---

SPEAIGHT, Respondent, v. GEERING, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by George W. Speaight against Alfred Geering. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re SPENSER. (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of Armand Spenser, an attorney. No opinion. Reference ordered. Settle order on notice.

---

SPIEGLER et al., Appellants, v. YOUNG, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Nathan Spiegler and George Biales, copartners, etc., against William M. Young. No opinion. Order of the Municipal Court affirmed, with costs.

---

STANDARD FASHION CO., Appellant, v. BUSSENDORFFER, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the Standard Fashion Company against Nicholas Bussendorffer. J. B. Sheehan, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

STEARNS, Respondent, v. KENT, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by John N. Stearns against George Edward Kent. No opinion. Judgment and order unanimously affirmed, with costs.

---

STEIN, Respondent, v. BROOKLYN ASH CAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Samuel Stein against the Brooklyn Ash Can Manufacturing Company.

PER CURIAM. Judgment of the Municipal Court reversed, and the complaint dismissed, with costs, upon the ground that the evidence conclusively establishes that the contract was with Solomon Redlich personally, and not with the defendant. See Spencer v. Huntington, 100 App. Div. 463, 91 N. Y. Supp. 561, affirmed on opinion below 183 N. Y. 506, 76 N. E. 1109.

---

STEIN, Respondent, v. GRAND ICE CREAM CO., Appellant. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Action by Benjamin Stein, as administrator, against the Grand Ice Cream Company. E. C. Sherwood, for appellant. J. C.

Wechsler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STEINMAN et al. v. FORD et al. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Benjamin Steinman and others against Solomon K. Ford and others. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

STEWART, Respondent, v. GENERAL ACCIDENT, FIRE & LIFE ASSUR. CORPORATION, Limited, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Charles G. Stewart against the General Accident, Fire & Life Assurance Corporation, Limited. No opinion. Judgment and order affirmed, with costs.

STRAUS, Appellant, v. CUMBERLAND REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Maurice G. Straus against the Cumberland Realty Company. No opinion. Judgment unanimously affirmed, with costs.

SUYDAM, Appellant, v. PENTON, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) In the matter of proceedings supplementary to execution, Frederick B. Suydam, as executor, etc., against Thomas B. Penton, Jr., impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

SWEET, Appellant, v. VILLAGE OF SIDNEY, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Ada E. Sweet against the village of Sidney. No opinion. Motion denied. See, also, 134 App. Div. 991, 119 N. Y. Supp. 1146.

TENNEY, Appellant, v. A. L. BARBER ASPHALT CO., Respondent. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by William A. Tenney against the A. L. Barber Asphalt Company. A. W. Palmer, for appellant. J. J. Cunneon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TEPFER, Appellant, v. RIVAL GAS & ELECTRIC SUPPLY CO., Respondent. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Action by Samuel Tepfer against the Rival Gas & Electric Supply Company. C. Goldzier, for appellant. D. L. Podell, for respondent. No opinion. Determination and order (117 N. Y. Supp. 959) affirmed, with costs. Order filed. See, also, 119 N. Y. Supp. 1145.

TERHAAR, Respondent, v. SETEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by John A. Terhaar against Philip Setel. No opinion. Judgment affirmed, with costs.

THOMAS v. DAVIS et al. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Emma A. Thomas against James C. Davis and others. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for defendants upon the verdict, with costs.

THORNE et al., Appellants, v. CAREY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Richard Van Wyck Thorne and others against Henry T. Carey and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the plaintiffs perfect their appeal, place the same at the foot of the present calendar, and be ready for argument when the same is reached. See, also, 115 App. Div. 906, 101 N. Y. Supp. 1146; 133 App. Div. 928, 118 N. Y. Supp. 1146.

In re TIFFANY (two cases). (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of Charles L. Tiffany, deceased. In the matter of Burnett Y. Tiffany. No opinions. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 108 App. Div. 360, 95 N. Y. Supp. 1163.

TILDEN et al., Appellants, v. NEW YORK REALTY OWNERS et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Mary L. Tilden, in behalf of herself and others, against the New York Realty Owners and others. A. O. Townsend, for appellants. C. Alexander, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TOLSON, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Arthur M. Tolson against Frederick Schmidt. H. R. Limburg, for appellant. C. O. Maas, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TOMALA, Respondent, v. NEW YORK LIFE INS. CO., Appellant (three cases). (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Actions by Teresa Tomala against the New York Life Insurance Company. No opinion. Orders modified by striking therefrom paragraphs numbered "sixth" and "seventh," and, as so modified, affirmed, without costs of this appeal to either party.

TONER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appel-